DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 022PA14 | Wetherington v. North Carolina Department of Public Safety | 1. State Employees Association of North Carolina Motion for Leave to file *Amicus* Brief | 1. Allowed **04/20/2015** |
|---|---|---|---|
| | | 2. Professional Fire Fighters and Paramedics of North Carolina's Motion for Leave to File *Amicus* Brief | 2. Allowed **04/20/2015** |
| | | 3. National Association of Police Organization's Motion for Leave to File *Amicus* Brief | 3. Allowed **04/20/2015** |
| | | 4. Southern States Police Benevolent Association and North Carolina Police Benevolent Association's Motion for Leave to File *Amicus* Brief | 4. Allowed **04/20/2015** |
| 022PA14 | Wetherington v. North Carolina Department of Public Safety | 1. *Amicus* Parties' Motion to Admit Christina L. Corl *Pro Hac Vice* | 1. Allowed **04/15/2015** |
| | | 2. *Amicus* Parties' Motion to Admit Larry H. James *Pro Hac Vice* | 2. Allowed **04/15/2015** |
| 022PA14 | Wetherington v. North Carolina Department of Public Safety | Petitioner's Motion to Allow *Amicus Curiae* SEANC to Participate in Oral Argument | Denied **05/18/2015** |
| 022P15 | State v. Wade Leon Shaw | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-921) | Denied |
| 026P15 | In the Matter of: State v. Bobby Darrell Hoxit, Sr. | 1. State's Motion for Temporary Stay | 1. Allowed **01/20/2015** Dissolved **06/10/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied **Ervin, J., recused** |
| 029P15 | State v. Darrett Crockett | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-403) | 1. Allowed |
| | | 2. Def's Motion to Amend PDR | 2. Allowed |